### IN THE UNITED STATES DISTRICT COURT
### DISTRICT OF DELAWARE

|  |  |
|---|---|
| SEMCON TECH, LLC,<br><br>               Plaintiff,<br><br>   v.<br><br>LIGHTWIRE, INC.,<br><br>               Defendant. | C.A. No. 12-252 (RGA) |

### NOTICE OF DISMISSAL WITHOUT PREJUDICE

PLEASE TAKE NOTICE that Plaintiff Semcon Tech, LLC hereby dismisses without prejudice all of its claims against Defendant Lightwire, Inc. pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

| | |
|---|---|
| March 21, 2012<br>OF COUNSEL:<br>C. Michael Moore<br>Robert J. Needham<br>SNR DENTON US LLP<br>2000 McKinney Avenue, Suite 1900<br>Dallas, TX 75201<br>(214) 259-0900<br>mike.moore@snrdenton.com<br>robert.needham@snrdenton.com | BAYARD, P.A.<br><br> /s/ *Richard D. Kirk*            <br>Richard D. Kirk (rk0922)<br>Stephen B. Brauerman (sb4952)<br>222 Delaware Avenue, Suite 900<br>P.O. Box 25130<br>Wilmington, DE  19899<br>rkirk@bayardlaw.com<br>sbrauerman@bayardlaw.com<br>(302) 655-5000<br><br> *Attorneys for Plaintiff Semcon Tech, LLC* |